**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, and the name/address of the entity entitled to unclaimed funds in the referenced case.

Case #: 05-35803
Debtor(s) Name: ROBERT CRAIG MURPHY / LORI LANHAM MURPHY

Unclaimed Funds Check #: 11154492
Date Unclaimed Funds Check issued: January 18, 2011

**Amount remitted to Unclaimed Funds - Case # 05-35803:** **$996.28**
Claim Number: 027-0
Court Claim Number: 27

Creditor Name and Address:

WELLS FARGO FINANCIAL TN, INC.
3210 LAKE EMMA RD., SUITE 2000
LAKE MARY, FL 32746-

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN. 37901
(865) 524-4995