Revised [illegible]

Attachment (1)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

IN RE:

| Robert Craig Murphy and Lori Lanham Murphy | 3:05-bk-35803 |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Claimant identified below applies for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which remain due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Wells Fargo Financial TN Inc. nka Wells Fargo Financial, LLC

PHONE NUMBER: 503.721.5083    LAST FOUR DIGITS OF SOCIAL SECURITY NO: 6565

MAILING ADDRESS: 2701 NW Vaughn Street

CITY: Portland    STATE: OR    ZIP: 97210

Amount of Unclaimed Funds Requested: $ 996.28

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the unclaimed funds currently being held for the benefit of the Claimant.

Date: Dec 22, 2014

Claimant's Signature

Co-claimant's Signature (if any)

State of: Ontario
County of: Canada

Subscribed and sworn to before me this 22 day of Dec, 20 14

Notary Public

My commission expires: N/A

JEAN-NICHOLAS CRÉPIN
BARRISTER & SOLICITOR
[illegible] & SCHWISBERG
[illegible] OFFICES
[illegible] QUEEN STREET
OTTAWA, ON  K1R 5A7

JAN 7 2015
FILED
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
BY _____

Attachment (2)

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Chattanooga & Winchester** divisions (five-digit case number beginning with 1):

☐ Office of the United States Attorney
Eastern District of Tennessee
1110 Market Street, Suite 301
Chattanooga, TN 37402

For all cases in the **Greeneville or Knoxville** division (five-digit case number beginning with 2, 3 or 5):

☒ Office of the United States Attorney
Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, TN 37902

Date: Dec 22, 2014                              _____
                                                      Claimant's Signature

## LIMITED POWER OF ATTORNEY

I, the undersigned, do affirm my authority to sign this limited power of attorney on behalf of the entity named herein.

Under my authority to receive certain funds or property in the amount of $996.28 (collectively, the "Property") owed to Wells Fargo Financial TN, Inc. according to public records, and acknowledging that the Property is collectable by that entity known as Wells Fargo Financial, LLC or its affiliates (collectively, "Wells Fargo"), as owner directly thereof, Wells Fargo does hereby:

(1) Appoint MooreTech Consulting, Inc. ("Company") as its agent and assignee to act in its name and place, and for its benefit and on its behalf with the limited authority and power to demand and secure the Property from the following holder (the "Holder") thereof: United States Bankruptcy Court for the Eastern District of Tennessee.

(2) If the Property is tangible personal property, the Holder is directed to deliver the Property to Company. If the Property is funds, the Holder is directed to issue a negotiable instrument in favor of Wells Fargo and deliver it to Company. To accomplish this limited purpose, I give Company the authority to appoint substitute attorneys in fact, to sign, execute, acknowledge, and deliver the required claims, affidavits, petitions, and other documents reasonably requested by the Holder. In no event shall Company (a) endorse, deposit, or negotiate any instrument issued to Wells Fargo; or (b) incur any financial obligation or expense on Wells Fargo's behalf.

(3) Declare this Limited Power of Attorney to be nonexclusive and revocable. This Limited Power of Attorney expires sixty (60) days from the date therof.

Witness my hand this 13 day of Nov, 2014.

Wells Fargo Financial, LLC

By: _____

Cynthia A. Long, Power of Attorney

Wells Fargo Financial, LLC          Employer Identification No. : 42-1186565

STATE: OREGON
COUNTY OF: MULTNOMAH

This instrument was acknowledged before me on November 13, 2014 by Cynthia A. Long as Power of Attorney for Wells Fargo Financial, LLC

_____
NOTARY PUBLIC - State of Oregon

OFFICIAL SEAL
H RYAN THOMPSON
NOTARY PUBLIC - OREGON
COMMISSION NO. 472144
MY COMMISSION EXPIRES SEPTEMBER 30, 2016

## LIMITED POWER OF ATTORNEY

Wells Fargo Financial, LLC, a limited liability company organized and existing pursuant to the law of the State of Iowa (the "Company") and successor by conversion of Wells Fargo Financial, Inc., does hereby constitute and appoint Barbara E. Broidy and Cynthia A. Long, each to act individually as the true and lawful attorney-in-fact for the Company or any of its subsidiaries with the right for and in the name, place and stead of the Company to create, prepare, complete, endorse, file and execute all agreements, instruments, and other documents, and all modifications and amendments thereto, and to perform any and all other acts as they may in their discretion deem necessary or advisable in connection with the filing of claims on behalf of the Company with state unclaimed property administrators, federal bankruptcy courts and/or other appropriate governmental agencies for the purpose of recovering property belonging to the Company, any predecessor of the Company or any of its subsidiaries.

This Limited Power of Attorney is non-exclusive and revocable at any time by the Company and shall expire one (1) year from the date hereof if not so revoked by the Company at an earlier date.

**IN WITNESS WHEREOF,** Wells Fargo Financial, LLC, has caused this Limited Power of Attorney to be executed as of the 6th day of January, 2014.

WELLS FARGO FINANCIAL, LLC
Successor by conversion of
Wells Fargo Financial, Inc.

By: _____
     Dean R. Anderson
Its:    President

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
## Identification Number and Certification

Give Form to the requester. Do not send to the IRS.

Name (as shown on your income tax return)
**Wells Fargo Financial, LLC**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
- [ ] Individual/sole proprietor
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [x] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶
- [ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any)  **5**

Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
**UP Recoveries, Mac P6103-05A, PO Box 3908**

City, state, and ZIP code
**Portland OR 97208**

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: ___-__-____

Employer identification number: **4 2 - 1 1 8 6 5 6 5**

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign Here  Signature of U.S. person ▶ *(signed)*   Date ▶ 12.2.2014

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                                                                                      Form **W-9** (Rev. 8-2013)



**Jean-Nicholas Crepin,** *L.L.L., L.L.B.*
*Barrister Solicitor Notary*

406 Queen Street
Ottawa, Ontario
K1R 5A7

T. 613-236-8000
F. 613-820-8818

www.talberglaw.com

CANADA

Province of Ontario

**NOTARIAL CERTIFICATE**

I, **JEAN-NICHOLAS CREPIN,** a duly appointed notary public for the Province of Ontario, residing at the City of Ottawa, in the Province of Ontario, certify as follows:

1.   I have compared the attached document with a document produced and shown to me by IAN MOORE and purporting to be his original **DRIVER'S LICENCE Number M6509-35306-20518**, issued on May 28, 2012 and expiring on May 18, 2017.

2.   The attached document is a true copy of the original **DRIVER'S LICENCE Number M6509-35306-20518**, issued on May 28, 2012 and expiring on May 18, 2017.

DATE: August 17, 2012.

_____
Jean-Nicholas Crepin
A Notary Public for the Province of Ontario



JEAN-NICHOLAS CREPIN
BARRISTER & SOLICITOR
TALARICO & SCHWISBERG
LAW OFFICES
406 QUEEN STREET
OTTAWA, ON   K1R 5A7



JEAN-NICHOLAS CREPIN
BARRISTER & SOLICITOR
TALARICO & SCHWISBERG
LAW OFFICES
406 QUEEN STREET
OTTAWA, ON   K1R 5A7

Report created: 12/23/2014

WELLS FARGO FINANCIAL, LLC (1141991)
as of 12/23/2014

Hierarchy report with the following institution types: Commercial Bank, Cooperative Bank, Credit Union, Edge/Agreement Corporation, Financial Holding Company, Holding Company, Industrial Bank, Insurance Co. Broker/Agent/Underwriter, Nondepository Trust Company, Other Company, Savings Bank, Savings and Loan Association, and the Securities Broker/Dealer/Underwriter

| Seq Num | Name (RSSD ID) | Parent Seq | City | State or Country | Entity Type |
|---|---|---|---|---|---|
| 1 | * WELLS FARGO FINANCIAL, LLC (1141991) |  | DES MOINES | IA | Domestic Entity Other |
| 2 | -* CENTURION LIFE INSURANCE COMPANY (1149849) | 1 | DES MOINES | IA | Domestic Entity Other |
| 3 | -* WELLS FARGO FINANCIAL NEW JERSEY, INC. (1844283) | 1 | DES MOINES | IA | Finance Company |
| 4 | -* WELLS FARGO FINANCIAL NEW HAMPSHIRE, INC. (1844304) | 1 | DES MOINES | IA | Finance Company |
| 5 | -* WELLS FARGO FINANCIAL NEVADA, INC. (1844313) | 1 | DES MOINES | IA | Finance Company |
| 6 | -* WELLS FARGO FINANCIAL NEBRASKA, INC. (1844331) | 1 | DES MOINES | IA | Finance Company |
| 7 | -* WELLS FARGO FINANCIAL WEST VIRGINIA, INC. (1844340) | 1 | DES MOINES | IA | Finance Company |
| 8 | -* WELLS FARGO FINANCIAL WISCONSIN, INC. (1844359) | 1 | DES MOINES | IA | Finance Company |
| 9 | -* WELLS FARGO FINANCIAL NEW YORK, INC. (1844368) | 1 | DES MOINES | IA | Finance Company |
| 10 | -* WELLS FARGO FINANCIAL NORTH CAROLINA, INC. (1844377) | 1 | DES MOINES | IA | Finance Company |
| 11 | -* WELLS FARGO FINANCIAL RETAIL CREDIT, INC. (1844685) | 1 | DES MOINES | IA | Finance Company |
| 12 | -* WELLS FARGO FINANCIAL TENNESSEE, INC. (1844818) | 1 | DES MOINES | IA | Finance Company |
| 13 | -* WELLS FARGO FINANCIAL IOWA 1, INC. (1149876) | 1 | DES MOINES | IA | Finance Company |
| 14 | -* WELLS FARGO FINANCIAL OKLAHOMA, INC. (1844827) | 1 | DES MOINES | IA | Finance Company |
| 15 | -* WELLS FARGO FINANCIAL MONTANA, INC. (1844836) | 1 | DES MOINES | IA | Finance Company |
| 16 | -* WELLS FARGO FINANCIAL NORTH DAKOTA, INC. (1844845) | 1 | DES MOINES | IA | Finance Company |
| 17 | -* WELLS FARGO FINANCIAL OHIO, INC. (1844854) | 1 | DES MOINES | IA | Finance Company |
| 18 | -* WELLS FARGO FINANCIAL MINNESOTA, INC. (1844920) | 1 | DES MOINES | IA | Finance Company |
| 19 | --* CGT INSURANCE COMPANY LTD. (2059981) | 18 | BRIDGETOWN | BARBADOS | International Nonbank Sub of Domestic Entities |
| 20 | --* WELLS FARGO FINANCIAL ACCEPTANCE AMERICA, INC. (2418980) | 18 | DES MOINES | IA | Finance Company |
| 21 | -* WELLS FARGO FINANCIAL MARYLAND, INC. (1844939) | 1 | DES MOINES | IA | Finance Company |

* Institutions Matching Selection Rule.

+ For purposes of Regulation Y, the top-tier reporter's ownership level in this banking organization does not meet the definition of "control"; however, the ownership level does meet the FY Y-10/10F reportability criteria as this banking relationship is regulated by the Federal Reserve.

^ Although this relationship is not governed by U.S. banking statutes, it is included because it is of interest to the Federal Reserve.