Revised 05.27.2014

**The application is denied without prejudice for failure to establish the relationship of Ian Moore, as Claimant's signatory, with MooreTech Consulting, Inc., Claimant's assignee.**



**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED this 14th day of January, 2015**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANRUPTCY COURT             Attachment (3)
EASTERN DISTRICT OF TENNESSEE

IN RE:

| Robert Craig Murphy and Lori Lanham Murphy | 3:05-bk-35803 |
|---|---|
| Debtor | Bankruptcy Case Number |

### ORDER GRANTING APPLICATION FOR PAYMENT
### OF UNCLAIMED FUNDS

The Court having considered the Application for Payment of Unclaimed Funds filed by:

NAME OF CLAIMANT: Wells Fargo Financial, LLC c/o MooreTech Consulting Inc.
MAILING ADDRESS: 1113 Grenoble Crescent

CITY: Ottawa      PROV: Ontario   ZIP: K1C 2C5
Country : Canada

("Claimant") for payment of unclaimed funds in the amount of $ 996.28 ,
and it appearing to the Court that the Claimant is entitled to receive payment, and these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Tennessee pursuant to 28 U.S.C. § 2042,

**IT IS THEREFORE ORDERED** that the Clerk of the United States Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

###

*DENIED* (watermark)